# EXHIBIT C

**By Certified Mail**
East Greenfield Investors, LLC
c/o Larry Fromelius
12228 New Avenue, Building B
Lemont, IL 60439

**By Email and**
**Certified Mail,** Return Receipt Requested
East Greenfield Investors, LLC
5611 Walnut Avenue
Downers Grove, IL 60516
l.fromelius@comcast.net
jenn.meier@comcast.net

**By Certified Mail,** Return Receipt Requested
Ronald J. Senechalle
Brent Amato
2300 Barrington Road, Suite 220
Hoffman Estates, IL 60169-2034

**By Certified Mail,** Return Receipt Requested
Larry Fromelius
1207 Lisle Place
Lisle, IL 605320000

## NOTICE OF EXPENDITURE FROM ESCROW ACCOUNT #1154688

Acting pursuant to Section 3 of that certain Escrow Agreement dated as of August 31, 2006 by and among East Greenfield LLC, an Illinois limited liability company ("East Greenfield"), Cliffs Mining Company, a Delaware corporation ("Cliffs") and Chicago Title Insurance Company, a Missouri corporation acting as escrow agent (the "Escrow Agent"), as amended in the EGI/Cliffs Settlement Agreement dated as of August 31, 2017, Cliffs Mining Company is hereby providing prompt notice to East Greenfield that it has initiated a request for expenditure from the above referenced escrow account. The requested amount is for all funds remaining in escrow and the payment is directed to Wisconsin Gas LLC, as a provider of services "performing remedial activities required or otherwise approved or authorized by EPA in payment for the performance of such services."

After its acquisition of the property which is the subject of the "Administrative Order on Consent for a Remedial Investigation /Feasibility Study," CERCLA Docket No. V-W-07-C-86 1 ("RI/FS AOC"), Wisconsin Gas LLC (d/b/a We Energies) performed further remediation on the property under new obligations imposed upon it by EPA pertaining to the Uplands Portion of the Milwaukee Solvay Coke & Gas Site (the "Site"); such additional remediation was performed pursuant to an Order captioned, "Administrative Settlement Agreement and Order on Consent for Site Fencing/Security, Engineering Evaluation/Cost Analysis and Non-Time Critical Removal Action at the Uplands," CERCLA Docket No. V-W-17-C-0 10 ("EE/CA AOC"). Wisconsin Gas expended in excess of $30,000,000.00 on remedial action as ordered by EPA pursuant to the EE/CA AOC.

After asserting a demand against Cliffs, Wisconsin Gas and Cliffs engaged in an extensive mediation before Honorable Michael P. Mahoney (Retired, formerly Judge, USDC ND Illinois, Western Div.). The mediation resulted in the attached Settlement Agreement, under which Cliffs must pay Wisconsin Gas for its performance of remedial activities required or otherwise approved or authorized by EPA, i.e., in payment for Wisconsin Gas's performance of the EE/CA AOC. Specifically, Cliffs will pay to Wisconsin Gas an amount in excess of $3,500,000,

representing Cliffs' share of the remediation by Wisconsin Gas. As such, to fulfill Cliffs' payment to Wisconsin Gas as a provider of services contemplated by the Escrow Agreement, the entirety of the escrow balance is required, in addition to additional funding to be provided by Cliffs.

Considering this notice, we trust East Greenfield has no objection to Cliff's direction of expenditure to the Escrow Agent, a copy of such direction is attached.

If further communication is made, please correspond to the notice recipients under the Escrow Agreement:

Robert Beranek
Cliffs Mining Company
c/o Cleveland-Cliffs Headquarters
200 Public Square, Suite 3300
Cleveland, OH 44114-2315
Rob.Beranek@clevelandcliffs.com

Joseph E. Tierney, III
Meissner Tierney Fisher & Nichols S.C.
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202 jet@mtfn.com

With copy to:
Andrew Perellis
Perellis & Associates, LLC
2549 Waukegan Road, PMB 10034
Bannockburn, Illinois 60015
aperellis@perellislaw.com

**Cliffs Mining Company**

By: _Rob Beranek_
Its: _Director - Environmental_

Dated: May 10, 2021

cc:  Chicago Title Insurance Company
     20900 Swenson Drive, Suite 900
     Waukesha, WI 53186
     Attn: Deborah Halmo
     Escrow Account # 1154688

To: Chicago Title Insurance Company
20900 Swenson Drive, Suite 900
Waukesha, WI 53186
Attn: Deborah Halmo

**Re: Chicago Title Insurance Company,
Escrow Account # 1154688**

### Request for Expenditure

Acting pursuant to Section 3 of that certain Escrow Agreement dated as of August 31, 2006 by and among East Greenfield LLC, an Illinois limited liability company ("East Greenfield"), Cliffs Mining Company, a Delaware corporation ("Cliffs") and Chicago Title Insurance Company, a Missouri corporation acting as escrow agent (the "Escrow Agent"), as amended in the EGI/Cliffs Settlement Agreement dated as of August 31, 2017, Cliffs Mining Company hereby initiates this request for an expenditure from the escrow account in the amount of **all remaining funds** to be wired in accordance with the following instructions:

| | |
|---|---|
| Bank ABA Number: | # 075 000 022 |
| Bank Name: | U.S. Bank, N.A. |
| Bank Address: | 777 East Wisconsin Avenue, Milwaukee, WI 53202 |
| For credit to: | **Wisconsin Gas LLC** |
| Account Number: | 111-000-847 |

Date: May _10_, 2021.

Cliffs Mining Company

By: _Rob Senark_
Its: _Director - Environmental_

cc. East Greenfield Investors, LLC
c/o Larry Fromelius
12228 New Avenue, Building B
Lemont, IL 60439

East Greenfield Investors, LLC
5611 Walnut Avenue
Downers Grove, IL 60516
l.fromelius@comcast.net
jenn.meier@comcast.net

With Copy to:
Ronald J. Senechalle
Brent Amato
2300 Barrington Road, Suite 220
Hoffman Estates, IL 60195

Joseph E. Tierney
Meissner Tierney Fisher & Nichols S.C.
111 E. Kilbourn Ave., 19th Floor
Milwaukee, WI 53202



9314 8699 0430 0082 3473 18

RETURN RECEIPT (ELECTRONIC)

Total Postage: $6.75

EAST GREENFIELD INVESTORS, LLC
5611 WALNUT AVE
DOWNERS GROVE, IL 60516-1003

Reference Number: 5984.0000