# EXHIBIT D

| From: | Joseph E. Tierney |
|---|---|
| To: | Jillian Tattersall |
| Cc: | jenn.meier@comcast.net; l.fromelius@comcast.net; aperellis@perellislaw.com |
| Subject: | RE: [EXTERNAL EMAIL] Re: |
| Date: | Wednesday, May 19, 2021 3:24:31 PM |
| Attachments: | 2021-04-23 FINAL Settlement Agreement signed by WFC and CMC.pdf |

Ms. Tattersall,

    I enjoyed our conversation of this afternoon. I very much appreciate your willingness to accept the transfer of this material on behalf of Larry and Jenn, and EGI. It saves me the need to send this material to them by mail. By now you may also have received notice from Ron Senechalle that he is no longer counsel for EGI. He so informed me in a phone conversation earlier today. Accordingly, I'll not be sending further notices to him in this matter, but shall instead send them to you.

Attached is the requested settlement agreement. I hope it proves useful to you in your review. I mentioned Section 9 of this agreement regarding confidentiality. As I indicated, we would expect that you and your clients would respect the requirements of these provisions. My best.

                              Joe Tierney

Joseph E. Tierney III | Shareholder
[Meissner Tierney Fisher & Nichols]<http://www.mtfn.com>
111 EAST KILBOURN AVENUE, 19th FLOOR
MILWAUKEE, WI 53202
P 414.273.1300 | F 414.273.5840
website<http://www.mtfn.com> | bio<http://www.mtfn.com/attorneys-Joseph-Tierney.html> |
vCard<http://www.dynasend.com/signatures/get.php/jet-at-mtfn.com.vcf> | map<http://www.mtfn.com/contact-milwaukee.html> | email<mailto:jet@mtfn.com>


From: Jillian Tattersall <jillian@bellas-wachowski.com>
Sent: Thursday, May 13, 2021 1:55 PM
To: Joseph E. Tierney <jet@mtfn.com>
Subject: [EXTERNAL EMAIL] Re:

Dear Mr. Tierney,

We are in receipt of your letter from earlier this week regarding your planned use of the escrow funds. In that letter, you referenced an attached Settlement Agreement. No such Settlement Agreement was attached. Please provide us with a copy of that Settlement Agreement so that we may properly evaluate the withdrawal of funds.

Thank you,

Jillian Tattersall
Attorney at Law
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, Illinois 60068
Phone: 847-823-9030 ext. 215
Email: jillian@bellas-wachowski.com<mailto:jillian@bellas-wachowski.com>
Web: www.bellas-wachowski.com<http://www.bellas-wachowski.com>

The law firm of Bellas & Wachowski intends that this electronic message be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 847-823-9030 x210 and delete the original message from your e-mail system. Thank you.

From: Jennifer Meier <jenn.meier@comcast.net<mailto:jenn.meier@comcast.net>>
Sent: Monday, May 10, 2021 6:47 PM
To: George Bellas <george@bellas-wachowski.com<mailto:george@bellas-wachowski.com>>
Cc: Fromelius, Larry <l.fromelius@comcast.net<mailto:l.fromelius@comcast.net>>
Subject: Fwd:

---------- Original Message ----------
From: "Joseph E. Tierney" <jet@mtfn.com<mailto:jet@mtfn.com>>
To: "jenn.meier@comcast.net<mailto:jenn.meier@comcast.net>" <jenn.meier@comcast.net<mailto:jenn.meier@comcast.net>>, "l.fromelius@comcast.net<mailto:l.fromelius@comcast.net>" <l.fromelius@comcast.net<mailto:l.fromelius@comcast.net>>
Date: 05/10/2021 4:49 PM
Subject:

Joseph E. Tierney III | Shareholder
[cid:image001.jpg@01D74CBD.16A793D0]

111 EAST KILBOURN AVENUE, 19th FLOOR
MILWAUKEE, WI 53202
P 414.273.1300 | F 414.273.5840
website<https://protect-us.mimecast.com/s/S712CYEMJBs1Jr9S0Fvj9> | bio<https://protect-us.mimecast.com/s/-HL0CZ6WKDj4VJjtjisys> | vCard<https://protect-us.mimecast.com/s/0vBFC1w9ozuzDVZrp0SX3> | map<https://protect-us.mimecast.com/s/dj4PC2k9pAEIJMmE2Ogr5> | email<mailto:jet@mtfn.com>