UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CLIFFS MINING COMPANY, | ) | CASE NO.: 2:21-CV-968 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **CORPORATE DISCLOSURE** |
| EAST GREENFIELD INVESTORS, LLC, *et. al.*, | ) | **STATEMENT** |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L. R. 7.1, Plaintiff Cliffs Mining Company hereby discloses that it is a wholly-owned subsidiary of Cleveland-Cliffs Inc. No parent corporation or publicly held corporation owns 10% or more of Cleveland-Cliffs Inc.'s stock.

Respectfully submitted,

OF COUNSEL:

s/ *Andrew H. Perellis*
Andrew H. Perellis (IL Bar 6181778)
aperellis@perellislaw.com
PERELLIS & ASSOCIATES, LLC
2549 Waukegan Road, Suite 10034
Bannockburn, Illinois 60015
Phone: (312) 554-5715

Eric B. Levasseur (OH Bar 0075353)
eblevasseur@hahnlaw.com
Christopher B. Wick (OH Bar 0073126)
cwick@hahnlaw.com
(Admission Applications to be submitted)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2301
Phone: (216) 621-0150
Fax: (216) 241-2824

*Attorneys for Plaintiff*
*Cliffs Mining Company*

12911030.1