# AFFIDAVIT OF SERVICE

| Case:<br>21-CV-968 | Court: | County: | Job:<br>6018870 (21-CV-968) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Cliffs Mining Company | | **Defendant / Respondent:**<br>Lawrence Fromelius | |
| **Received by:**<br>Krimson Investigations And Process Service, LLC | | **For:**<br>Hahn Loeser & Parks LLP | |
| **To be served upon:**<br>East Greenfield Investors, LLC. et.al | | | |

I, Rodney Kern, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** East Greenfield Investors, LLC. et.al, Company: 5611 Walnut Ave, Downers Grove, IL 60516
**Manner of Service:** Authorized, Aug 20, 2021, 7:07 pm CDT
**Documents:** Clerk_s Issued Summons 2 of 4.PDF, 003 Magistrate Consent Form.pdf, 001 2021.08.16 Cliffs Mining Company's Complaint with Exhibits-2.pdf, 002 2021.08.16 Cliffs Mining Company's Corporate Disclosure Statement.pdf

**Additional Comments:**
1) Unsuccessful Attempt: Aug 18, 2021, 12:08 pm CDT at Company: 5611 Walnut Ave, Downers Grove, IL 60516
Single family home with large add on garage, construction equipment in driveway, no answer.

2) Unsuccessful Attempt: Aug 19, 2021, 8:19 pm CDT at Company: 5611 Walnut Ave, Downers Grove, IL 60516
No Answer.

3) Successful Attempt: Aug 20, 2021, 7:07 pm CDT at Company: 5611 Walnut Ave, Downers Grove, IL 60516 received by East Greenfield Investors, LLC. et.al.
Documents were accepted by an individual who identified self as Jennifer Meier, his assistant. Female, White, 52-58 years old, 5'6"-5'8", blonde hair.

_____ 08/23/2021
Rodney Kern                    Date
129029967

Krimson Investigations And Process Service, LLC
15 South Cass Avenue
Westmont, IL 60559
630-822-2237

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

August 23, 2021        June 25 2025
Date                   Commission Expires

BRITTANY BRAZZIL
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Jun 25, 2025