# AFFIDAVIT OF SERVICE

| Case: 21-CV-968 | Court: | County: | Job: 6049494 (21-CV-968) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Cliffs Mining Company | | **Defendant / Respondent:** Lawrence Fromelius | |
| **Received by:** Krimson Investigations And Process Service, LLC | | **For:** Hahn Loeser & Parks LLP | |
| **To be served upon:** Lawrence Fromelius | | | |

I, Rodney Kern, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lawrence Fromelius, Home: 1713 N 2479th Rd #2749, Ottawa, IL 61350
**Manner of Service:** Posted, Aug 25, 2021, 6:32 pm CDT
**Documents:** 003 Magistrate Consent Form (1).pdf, 002 2021.08.16 Cliffs Mining Company's Corporate Disclosure Statement (1).pdf, 001 2021.08.16 Cliffs Mining Company's Complaint with Exhibits-2 (1).pdf, Clerk_s Issued Summons 4 of 4 (1).PDF

**Additional Comments:**
1) Successful Attempt: Aug 25, 2021, 6:32 pm CDT at Home: 1713 N 2479th Rd #2749, Ottawa, IL 61350 received by Lawrence Fromelius. After 15 minutes of alternating between ringing the working doorbell and knocking, individual who was inside the residence refused to answer. Posted documents in a clearly marked envelope to the front door/ main entrance of the home. Documents will be placed in mail on 8/26/21 due to posting.

_____ 08/25/2021
Rodney Kern                     Date
129029967

Krimson Investigations And Process Service, LLC
15 South Cass Avenue
Westmont, IL 60559
630-822-2237

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

August 25, 2021         June 25, 2025
Date                    Commission Expires

BRITTANY BRAZZIL
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Jun 25, 2025