# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CLIFFS MINING COMPANY, | ) |
|     Plaintiff, | ) Case No. 2:21-CV-968 |
| v. | ) |
| EAST GREENFIELD INVESTORS, LLC, and LAWRENCE FROMELIUS, | ) |
|     Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

NOW COME Defendants, EAST GREENFIELD INVESTORS, LLC, and LAWRENCE FROMELIUS, by and through their attorneys, BELLAS & WACHOWSKI, and move this Court to Dismiss Plaintiff's Complaint seeking a Declaratory Judgment pursuant to 28 U.S.C. § 2201 and Compel Arbitration pursuant to Section 2 of the Federal Arbitration Act.

In further support thereof, Defendants submit a Memorandum of Law herewith.

Dated: October 4, 2021.

                                                              Respectfully submitted,

                                                              EAST GREENFIELD INVESTORS, LLC,
                                                              And LAWRENCE FROMELIUS,

                                                              By: /s/ George S. Bellas
                                                                     GEORGE S. BELLAS
                                                                     One of Defendants' Attorneys

George S. Bellas (*george@bellas-wachowski.com*)
Misty J. Cygan (*misty@bellas-wachowski.com*)
Jillian Tattersall (*jillian@bellas-wachowski.com*)
BELLAS & WACHOWSKI
Attorneys for Defendants
15 N. Northwest Highway
Park Ridge, Illinois 60068
(847) 823-9032