# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CLIFFS MINING COMPANY, | ) |
| | ) Case No. 2:21-CV-968 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EAST GREENFIELD INVESTORS, LLC, and | ) |
| LAWRENCE FROMELIUS, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS

NOW COME Defendants, EAST GREENFIELD INVESTORS, LLC and LAWRENCE FROMELIUS, by and through their attorneys, BELLAS & WACHOWSKI, and for their Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss, state as follows:

1. On October 4, 2021, Defendants filed their Motion to Dismiss.

2. On October 25, 2021, Plaintiff filed its Response to Defendants' Motion to Dismiss.

3. Due to a docketing error, Defendants were not aware their Reply Brief in Further Support of Defendants' Motion to Dismiss is due today, November 8, 2021.

4. Defendants' counsel reached out to Plaintiff's counsel regarding the additional time request and Plaintiff's counsel had no objection to the extension.

5. This Motion is not being brought for purposes of delay and its granting will not prejudice the Plaintiff.

WHEREFORE, Defendants, EAST GREENFIELD INVESTORS, LLC and LAWRENCE FROMELIUS, by and through their attorneys, BELLAS & WACHOWSKI, respectfully request an extension until November 15, 2021, to file their Reply Brief in Further Support of Motion to Dismiss and for any further relief the court deems necessary and just

.                                              Respectfully submitted,


                                               EAST GREENFIELD INVESTORS, LLC,
                                               And LAWRENCE FROMELIUS,
                                               Defendants

                                               By: /s/ George S. Bellas
                                               GEORGE S. BELLAS

George S. Bellas (george@bellas-wachowski.com)
Misty J. Cygan (misty@bellas-wachowski.com)
Jillian Tattersall (jillian@bellas-wachowski.com)
BELLAS & WACHOWSKI
Attorneys for Defendants
15 N. Northwest Highway
Park Ridge, Illinois 60068
847-823-9034